UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONNIE LEE, | No. CV 06-104 JVS (FFM) |
| Plaintiff, | |
| v. | JUDGMENT |
| STEVE COOLEY, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff take nothing by his Third Amended Complaint and that the Third Amended Complaint is dismissed in its entirety as follows:

(1) Plaintiff's claim pursuant to 42 U.S.C. § 1983 is dismissed with prejudice; and

(2) Plaintiff's state law claim are dismissed without perjudice.

DATED: September 28, 2010

JAMES V. SELNA
United States District Judge